# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| LANDMARK AMERICAN INSURANCE COMPANY | § § § § | |
| V. | § | NO. 1:09-CV-696 |
| SOUTEX SURVEYORS, INC., ET AL. | § § § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a Referral Order entered on May 26, 2010. The court has received and considered the report of the United States magistrate judge, who recommends that the court enter final judgment pursuant to settlement upon receipt of closing papers from the parties.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**. It is further

**ORDERED** that all pending motions are **DENIED** as moot.

So **ORDERED** and **SIGNED** this 3 day of **February, 2011.**

_____
Ron Clark, United States District Judge